

**FILED**

APR 1 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-11-123-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE CHAVEZ VILLEGAS, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on April 18, 2011 to 30 DAYS CUSTODY which will end on April 20, 2011,

IT IS HEREBY ORDERED that the defendant shall be released on April 20, 2011. A certified Judgment and Commitment order to follow.

DATED: 4-18-11

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1